UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER L. DEACON,

    Plaintiff,

v.   Case No. 8:07-cv-671-T-30MAP

GRAND EVENTS OF FLORIDA, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Full Relief Resolution and Dismissal With Prejudice (Dkt. #12) and the Declaration of David H. Spalter (Dkt. #15). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2007\07-cv-671.dismissal 12.wpd